United States Bankruptcy Court
Eastern District of Pennsylvania

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 11/18/2025 at 10:54 AM and filed on 11/18/2025.

**Joseph M McDevitt**
13 Jackson Avenue
Ridley Park, PA 19078
SSN / ITIN: xxx-xx-8791

The case was filed by the debtor's attorney:

**BRAD J. SADEK**
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
215-545-0008

The case was assigned case number 25-14682.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.paeb.uscourts.gov or at the Clerk's Office, 900 Market Street, Suite 400, Philadelphia, PA 19107.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Mohung Wong**
Clerk, U.S. Bankruptcy Court

---

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 11/18/2025 10:56:23 | | | |
| PACER Login: | sadekcooperlaw | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 25-14682 |
| Billable Pages: | 1 | Cost: | 0.10 |